No. A–465 (79–5777). HAYES *v.* BOARD OF TRUSTEES OF CLARK COUNTY SCHOOL DISTRICT. Sup. Ct. Nev. Application for an extension of time to docket appeal, addressed to MR. JUSTICE BRENNAN and referred to the Court, denied.

No. A–507. SAYLES *v.* HART, U. S. DISTRICT JUDGE. C. A. D. C. Cir. Application for injunction, addressed to MR. JUSTICE BRENNAN and referred to the Court, denied.

No. D–177. IN RE DISBARMENT OF PANEK. Disbarment entered. [For earlier order herein, see *ante,* p. 912.]

No. 8, Orig. ARIZONA *v.* CALIFORNIA ET AL. Memorandum and Report of the Special Master on preliminary issues received and ordered filed. Motion of Arizona et al. for leave to file exceptions to the Memorandum and Report of the Special Master denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of these matters. [For earlier order herein, see, *e. g.,* 440 U. S. 942.]

No. 78–1557. NACHMAN CORP. *v.* PENSION BENEFIT GUARANTY CORPORATION ET AL. C. A. 7th Cir. [Certiorari granted, 442 U. S. 940.] Motion of respondent union for divided argument granted.

No. 78–1577. SEARS, ROEBUCK & CO. *v.* COUNTY OF LOS ANGELES ET AL. Ct. App. Cal., 2d App. Dist. [Certiorari granted, *ante,* p. 823.] Motion of petitioner for divided argument granted. MR. JUSTICE STEWART took no part in the consideration or decision of this motion.

No. 78–1870. WHIRLPOOL CORP. *v.* MARSHALL, SECRETARY OF LABOR. C. A. 6th Cir. [Certiorari granted, *ante,* p. 823.] Motions of Philadelphia Area Project on Occupational Safety & Health, American Public Health Association, and American Federation of Labor & Congress of Industrial Organizations et al. for leave to file briefs as *amici curiae* granted.